UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA DEMYSHEVA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>Defendants. | Case No. 24-cv-06750-SI<br><br>**ORDER FOR COUNSEL TO APPEAR AT STATUS CONFERENCE ON AUGUST 1, 2025** |

In this immigration mandamus action, plaintiff is represented by attorney Svetlana Kaff. On December 3, 2024, the Court granted the parties' stipulation to stay proceedings until July 17, 2025, with a status report due on that date. Dkt. No. 9. The parties did not file a status report by the deadline. On July 22, 2025, defendants filed an administrative motion to continue the stay of proceedings, explaining that they did not file a status report by the deadline because plaintiff's counsel did not respond when defendants contacted her. Dkt. No. 10. Defendants also note, and this Court has verified, that Ms. Kaff is currently listed as "inactive" with the California State Bar, as of July 8, 2025. Ms. Kaff is the only counsel of record listed for plaintiff in this action.

**The Court ORDERS the parties to appear for a status conference over Zoom videoconference on Friday, August 1, 2025, at 12:00 p.m.** If she wishes, Ms. Kaff may file a statement in advance of the conference explaining: her inactive Bar status, why she did not file a status report, and the status of the current case.

**IT IS SO ORDERED**.

Dated: July 28, 2025

_____
SUSAN ILLSTON
United States District Judge