1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7     GALINA DEMYSHEVA,                              Case No.  24-cv-06750-SI

8                      Plaintiff,

9           v.                                       **ORDER TO SHOW CAUSE FOR**
                                                     **PLAINTIFF'S COUNSEL TO**
10    ALEJANDRO N. MAYORKAS, et al.,                 **RESPOND BY AUGUST 15, 2025, AND**
                                                     **GRANTING GOVERNMENT'S**
11                   Defendants.                     **ADMINISTRATIVE MOTION TO**
                                                     **STAY**

12                                                   Re: Dkt. No. 10

13

14          In this immigration mandamus action, plaintiff is represented by attorney Svetlana Kaff.  The

15   Court previously agreed to stay these proceedings until July 17, 2025, with a status report due on

16   that date.  Dkt. No. 9.  The parties did not file a status report by the deadline.  On July 22, 2025,

17   defendants filed an administrative motion to continue the stay of proceedings, explaining that they

18   did not file a status report by the deadline because plaintiff's counsel did not respond when

19   defendants contacted her.  Dkt. No. 10.  Defendants also note, and this Court has verified, that Ms.

20   Kaff is currently listed as "inactive" with the California State Bar, as of July 8, 2025.  Ms. Kaff is

21   the only counsel of record listed for plaintiff in this action.

22          On July 28, 2025, the Court ordered Ms. Kaff to appear for a status conference over Zoom

23   on August 1, 2025.  Dkt. No. 11.  Ms. Kaff did not appear.  Nor did she contact the Courtroom

24   Deputy or counsel for defendants about missing the status conference.

25          In their recent filing, defendants state:

26          Defendants submit this status report regarding Plaintiff's Form I-589,
            Application for Asylum and Withholding of Removal. On December
27          3, 2024, the Court granted the parties' request to stay proceedings
            until July 17, 2025, to allow time for the agency to interview and
28          adjudicate Plaintiff's asylum application. *See* Dkt. No. 9. At the
            request of Plaintiff's counsel, United States Citizenship and

United States District Court
Northern District of California

Immigration Services ("USCIS") rescheduled Plaintiff's interview for July 21, 2025. However, Plaintiff failed to submit required documentation in time for her scheduled interview to be held, and the asylum office issued a Failure to Appear ("FTA") notice. **Plaintiff has 45 days to respond to this notice and request the interview be rescheduled for good cause shown.**

Dkt. No. 10 at 2 (emphasis added).  At the status conference, defendants confirmed that this means **Ms. Demysheva has until September 4, 2025, to request that the asylum interview be rescheduled.**

The Court hereby ORDERS as follows:

Defendants' administrative motion to continue the stay in this case, Dkt. No. 10, is GRANTED.  **This federal lawsuit shall remain stayed until November 18, 2025.**  On November 18, 2025, the parties shall file a joint status report with the Court providing an update on the case. If defendants are unable to reach plaintiff's counsel to file a joint status report, defendants may file a unilateral status report.

Plaintiff's counsel, Svetlana Kaff, is hereby **ORDERED TO SHOW CAUSE** why she should not be referred to the Northern District of California's committee on professional conduct. **By no later than August 15, 2025,** Ms. Kaff shall show cause by filing a statement in writing explaining: the status of this case; her inactive Bar status; why she did not file the July 17, 2025 status report; why she failed to appear at the August 1, 2025 status conference; and whether she has made arrangements for her client to be represented in this action by another attorney.  If Ms. Kaff fails to file a written response by the deadline, the Court shall refer her to the Northern District of California's committee on professional conduct.

The Clerk shall mail a copy of this Order directly to the plaintiff, Galina Demysheva, at the address obtained from defendants at the August 1 status conference.

**IT IS SO ORDERED**.

Dated: August 1, 2025

SUSAN ILLSTON
United States District Judge

2