UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GALINA DEMYSHEVA,

Plaintiff,

v.

ALEJANDRO N. MAYORKAS, et al.,

Defendants.

Case No. 24-cv-06750-SI

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CASE AS MOOT**

Re: Dkt. No. 21

For the reasons stated at the hearing on January 30, 2026, where plaintiff Galina Demysheva was present, the Court GRANTS defendants' motion to dismiss this case. The Court finds this case is moot because defendants have now adjudicated plaintiff's asylum application, which is what this lawsuit requested they do.

This case is now closed. Defendants shall provide a copy of this Order and the accompanying Judgment to Ms. Demysheva via U.S. mail.

**IT IS SO ORDERED**.

Dated:  January 30, 2026

_____

SUSAN ILLSTON
United States District Judge