UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GALINA DEMYSHEVA,

Plaintiff,

v.

ALEJANDRO N. MAYORKAS, et al.,

Defendants.

Case No.  24-cv-06750-SI

**JUDGMENT**

The Court has granted defendants' motion to dismiss this case as moot.  Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 30, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California